UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Maurice Hardy, *Individually, and on behalf of all others similarly situated,*<br><br>                              Plaintiff,<br>      -v-<br><br>Hardy v. Silver's Crust West Indian Restaurant & Grill Inc,<br><br>                              Defendants. | Civil Action #:17-CV-02415 (AMD)(JO)<br><br>**ACCEPTANCE OF RULE 68 <u>OFFER OF JUDGMENT</u>** |

**TO:**   **Law Office of David Wims**
           By: Mr. David C. Wims, Esq.
           *Counsel for Defendant*
           1430 Pitkin Ave., 2nd Floor
           Brooklyn, NY 11233
           Tel: 646-393-9550
           Fax 646-393-9552
           Email: dwims@wimslaw.com

          **PLEASE TAKE NOTICE** that Plaintiff Maurice Hardy pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby accepts the attached Offer of Judgment of Defendant Hardy v. Silver's Crust West Indian Restaurant & Grill Inc, dated and served on January 3, 2018, in the above-entitled action.

Dated: Queens Village, New York
           January 3, 2018

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul K. Hassan_____
Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff Maurice Hardy*
215-28 Hillside Avenue
Queens Village, NY 11427
Tel: 718-740-1000
Fax: 718-740-2000

1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------X
MAURICE HARDY,                                             Civil Action No.: 17CV2415
*Individually, and on behalf of all others similarly situated*,        (AMD)(JO)

                                     Plaintiff,                 **OFFER OF JUDGMENT**

               -against-

SILVER'S CRUST WEST INDIAN RESTAURANT & GRILL, INC.,

                                  Defendant.
---------------------------------------------------X

**TO PLAINTIFF *MAURICE HARDY* AND TO ITS ATTORNEY(S) OF RECORD**:

**PLEASE TAKE NOTICE** that Defendant Silver's Crust West Indian Restaurant & Grill, Inc, offers to allow judgment to be taken against it in this matter in the sum of $4,000.00, exclusive of attorneys' fees.  This amount exceeds all unpaid overtime wages as alleged in the Complaint; and liquidated damages, as detailed in the attached spreadsheet.  Defendant will require four (4) months in which to pay the aforementioned amount.  In addition, Defendant consents to the Court determining reasonable attorneys' fees and costs.

This offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the offer within 14 days of the date that it was served on you.

1

Dated:  Brooklyn, New York

January 3, 2018

                                                                    _____/s/_____
LAW OFFICE OF DAVID WIMS
BY: David C. Wims, Esq. (DW-6964)
*Attorneys for Defendant*
1430 Pitkin Ave., 2nd Fl.
Brooklyn, NY 11233
(646) 393-9550

| Date | Hours Worked | Pay | MW + OT | Difference | LDs |
|---|---|---|---|---|---|
| 12/3/2016 | 48 | $ 420.00 | $ 468.00 | $ 48.00 | $ 48.00 |
| 12/10/2016 | 48 | $ 420.00 | $ 468.00 | $ 48.00 | $ 48.00 |
| 12/17/2017 | 48 | $ 420.00 | $ 468.00 | $ 48.00 | $ 48.00 |
| 12/24/2017 | 48 | $ 420.00 | $ 468.00 | $ 48.00 | $ 48.00 |
| 12/31/2017 | 48 | $ 420.00 | $ 468.00 | $ 48.00 | $ 48.00 |
| 1/7/2017 | 48 | $ 420.00 | $ 468.00 | $ 48.00 | $ 48.00 |
| 1/14/2017 | 48 | $ 420.00 | $ 468.00 | $ 48.00 | $ 48.00 |
| 1/28/2017 | 48 | $ 480.00 | $ 504.40 | $ 24.40 | $ 24.40 |
| 2/4/2017 | 48 | $ 480.00 | $ 504.40 | $ 24.40 | $ 24.40 |
| 2/11/2017 | 48 | $ 480.00 | $ 504.40 | $ 24.40 | $ 24.40 |
| 2/18/2017 | 48 | $ 480.00 | $ 504.40 | $ 24.40 | $ 24.40 |
| 2/25/2017 | 48 | $ 480.00 | $ 504.40 | $ 24.40 | $ 24.40 |
| 3/4/2017 | 48 | $ 480.00 | $ 504.40 | $ 24.40 | $ 24.40 |
| 3/11/2017 | 48 | $ 480.00 | $ 504.40 | $ 24.40 | $ 24.40 |
| 3/18/2017 | 48 | $ 480.00 | $ 504.40 | $ 24.40 | $ 24.40 |
| 3/25/2017 | 48 | $ 400.00 | $ 504.40 | $ 104.40 | $ 104.40 |
| 4/1/2017 | 48 | $ 400.00 | $ 504.40 | $ 104.40 | $ 104.40 |
| 4/8/2017 | 48 | $ 480.00 | $ 504.40 | $ 24.40 | $ 24.40 |
|  |  |  |  | $ 764.40 | $ 764.40 |