UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
MAURICE HARDY, *Individually, and on behalf of all others similarly situated*,

                Plaintiff,                AMENDED JUDGMENT
                                          17-CV-2415 (AMD)(JO)

   - against –

SILVER'S CRUST WEST INDIAN
RESTAURANT & GRILL INC,

                Defendants.
------------------------------------------------------------ X

      A notice of acceptable of a Rule 68 Offer of Judgment having been filed on January 3, 2018; and an Order of Honorable Ann M. Donnelly, United States District Judge, having been filed on January 4, 2018, directing the Clerk of Court to enter judgment under Federal Rule of Civil Procedure 68; it is

      ORDERED and ADJUDGED that judgment is hereby entered in favor of Plaintiff against Defendants in the amount of $4,000 exclusive of attorneys' fees as set forth in the Offer of Judgment.

Dated: Brooklyn, NY                                         Douglas C. Palmer
January 16, 2018                                           Clerk of Court

                                                     By:   */s/Jalitza Poveda*_____
                                                                Deputy Clerk